LUCY ZIEGLER, by AUGUST ZIEGLER, Her Guardian ad Litem, Respondent, *v.* BELL TELEPHONE COMPANY OF BUFFALO, Appellant.

*Ziegler* v. *Bell Telephone Co.*, 128 App. Div. 884, affirmed.
(Argued December 17, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 2, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Clinton B. Gibbs* for appellant.

*Ford White* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

FRANCIS E. KIRNAN, by CHARLES A. BURKE, His Guardian ad Litem, Appellant, *v.* NEW YORK AND OTTAWA RAILWAY COMPANY, Respondent.

*Kirnan* v. *N. Y. & Ottawa Ry. Co.*, 130 App. Div. 891, appeal dismissed.
(Submitted December 17, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 16, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Charles A. Burke* for appellant.

*Martin E. McClary* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.